**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT SMITH<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>ROBERT SMITH<br><br>Respondents | Case No. 20-10229JCM<br><br>Chapter 13<br><br>Related Document No. 76 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __25th__ day of __March__, 20__25__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Building Systems Inc
Attn: Payroll Manager
101 Glenn Drive
Sarver, PA 16055

is hereby ordered to immediately terminate the attachment of the wages of ROBERT SMITH, social security number XXX-XX-8032. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT SMITH.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge    dak
United States Bankruptcy Court

SIGNED
3/25/25 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10229-JCM |
| Robert Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert Smith, 10323 Clifton Drive, Lake City, PA 16423-1218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Robert Smith ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon smncina@raslg.com |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Stephen Russell Franks
                on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com

TOTAL: 7