Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert Smith**<br>*Debtor(s)* | : <br> : <br> : | Case No. 20−10229−JCM<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : <br> : <br> : | |
| v.<br>**No Respondents**<br>*Respondent(s).* | : <br> : <br> : <br> : <br> : <br> : | Related to Document No. 82<br><br>Hearing Date: 8/19/25 at 10:00 AM |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this *The 25th of June, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 82 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before August 11, 2025**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **August 19, 2025 at 10:00 AM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10229-JCM |
| Robert Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 25, 2025 | Form ID: 300a | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Smith, 10323 Clifton Drive, Lake City, PA 16423-1218 |
| 15219315 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 00:30:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: EBN@edfinancial.com | Jun 26 2025 00:30:00 | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |
| 15242119 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 00:30:00 | ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15219314 | + | Email/Text: bankruptcynotices@aarons.com | Jun 26 2025 00:31:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 15233658 | + | Email/Text: kslater@eriefcu.org | Jun 26 2025 00:31:00 | Erie Fcu, 3503 Peach St, Erie, PA 16508-2741 |
| 15219316 | + | Email/Text: kslater@eriefcu.org | Jun 26 2025 00:31:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15219317 | | Email/Text: amps@manleydeas.com | Jun 26 2025 00:30:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15391632 | + | Email/Text: Bankruptcy@natfuel.com | Jun 26 2025 00:31:00 | National Fuel, Attn. Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15219318 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 26 2025 00:30:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15684072 | + | Email/Text: EBN@edfinancial.com | Jun 26 2025 00:30:00 | U.S. Department of Education, C/O Edfinancial on behalf of, US Dept of Education, 120 N Seven Oaks Drive, Knoxville TN 37922-2359 |
| 15326418 | ^ | MEBN | Jun 26 2025 00:21:41 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15326391 | | Email/Text: EBN@edfinancial.com | Jun 26 2025 00:30:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790322, St Louis, MO 63179-0322 |

TOTAL: 12

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2025 | Form ID: 300a | Total Noticed: 14 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15242118 | | The Bank of New York Mellon f/k/a The Bank of New |
| 15233656 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 15233657 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15233659 | *P++ | MANLEY DEAS KOCHALSKI LLC, ATTN BANKRUPTCY DEPT, 1555 LAKE SHORE DRIVE, COLUMBUS OH 43204-3825, address filed with court:, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15233660 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025                                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Robert Smith ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon smncina@raslg.com |

TOTAL: 6