# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| In re: | : | Case No.: | 20-10229-JCM |
|  | : |  |  |
| Robert Smith | : | Chapter: | 13 |
|  | : |  |  |
| *Debtor(s).* | : |  |  |
|  | : | Date: | 8/19/2025 |
|  | : | Time: | 10:00 |

## PROCEEDING MEMO

**_MATTER_**  #82 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.

**_APPEARANCES:_**

Debtor: Paul W. McElrath (no appearance)
Trustee: Kate DeSimone

**_NOTES:_**

DeSimone:  He has completed payments.  We are awaiting certificate of discharge eligibility and last financial management certificate.

J.:  Please reach out to the Debtor one last time and direct him to the financial management course and the form for the certificate.

**_OUTCOME:_**  Continued to September 23, 2025 at 1:30 P.M.  TO to be entered.

SIGNED
8/19/25 1:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA