**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10229-JCM |
| | : | | |
| Robert Smith | : | Chapter: | 13 |
| | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 8/19/2025 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER**  #84 Status Conference Re: Why Debtor Did Not File Certifications For Discharge

**APPEARANCES:**

Debtor: Paul W. McElrath (no appearance)
Trustee: Kate DeSimone

**NOTES:**

**OUTCOME:**  Continued to September 23, 2025 at 1:30 P.M.  TO to be entered.

SIGNED
8/19/25 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA