IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10229-JCM |
| | : | | |
| Robert Smith | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/23/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**  #84 Continued Status Conference Re: Why Debtor Did Not File Certifications For Discharge

**APPEARANCES:**

Debtor: Paul W. McElrath (no appearance)
Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   We secured the certification of discharge eligibility and we will file it if the Debtor does not.

**OUTCOME:**   Chapter 13 Trustee to file Certification of Discharge eligibility and case to proceed in normal course.

SIGNED
9/23/25 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA