IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-10229-JCM |
| | : | | |
| Robert Smith | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/23/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**_MATTER_**    #82 Trustee's Motion for Approval of Report of Receipts and Disbursements - Plan Completed.

**_APPEARANCES:_**

   Debtor: Paul W. McElrath (no appearance)
   Trustee: Ronda J. Winnecour

**_NOTES:_**

**_OUTCOME_:**    GRANTED / OE upon receipt of Certification of Discharge Eligibility to be filed by the Chapter 13 Trustee.

SIGNED
9/23/25 4:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA