IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Bankruptcy No. 20-10229-JCM
Robert Smith :
        Debtor(s) :
: Chapter 13

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 28, 2020, at docket number 34, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course.*

This Certification is being signed under penalty of perjury by Debtor(s); who has carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: 9-23-2025  By: *Roberta A. Smith*
                                          Signature
                                          Robert Smith