IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   ROBERT SMITH<br><br>            Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>    vs.<br>No Repondents. | Case No.:20-10229<br><br>Chapter 13<br><br>Related Document No. 82 |

ORDER OF COURT

AND NOW, this ___25th___ day of ___September___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court
SIGNED
9/25/25 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10229-JCM |
| Robert Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Sep 25, 2025      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Smith, 10323 Clifton Drive, Lake City, PA 16423-1218 |
| 15219315 | + | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:39:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: EBN@edfinancial.com | Sep 26 2025 00:39:00 | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |
| 15242119 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2025 00:39:00 | ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15219314 | + | Email/Text: bankruptcynotices@aarons.com | Sep 26 2025 00:40:00 | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 15233658 | + | Email/Text: kslater@eriefcu.org | Sep 26 2025 00:40:00 | Erie Fcu, 3503 Peach St, Erie, PA 16508-2741 |
| 15219316 | + | Email/Text: kslater@eriefcu.org | Sep 26 2025 00:40:00 | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 15219317 | | Email/Text: amps@manleydeas.com | Sep 26 2025 00:39:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15391632 | + | Email/Text: Bankruptcy@natfuel.com | Sep 26 2025 00:40:00 | National Fuel, Attn. Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 15219318 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2025 00:39:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15684072 | + | Email/Text: EBN@edfinancial.com | Sep 26 2025 00:39:00 | U.S. Department of Education, C/O Edfinancial on behalf of, US Dept of Education, 120 N Seven Oaks Drive, Knoxville TN 37922-2359 |
| 15326418 | ^ | MEBN | Sep 26 2025 00:17:04 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15326391 | | Email/Text: EBN@edfinancial.com | Sep 26 2025 00:39:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790322, St Louis, MO 63179-0322 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15242118 | | The Bank of New York Mellon f/k/a The Bank of New |
| 15233656 | *+ | Arronrnts, 309 E Paces Ferry, Atlanta, GA 30305-2377 |
| 15233657 | *+ | Cornerstone, Pob Box 145122, Salt Lake City, UT 84114-5122 |
| 15233659 | *P++ | MANLEY DEAS KOCHALSKI LLC, ATTN BANKRUPTCY DEPT, 1555 LAKE SHORE DRIVE, COLUMBUS OH 43204-3825, address filed with court:, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15233660 | *+ | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025                     Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor The Bank of New York Mellon amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Robert Smith ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor The Bank of New York Mellon smncina@raslg.com |

TOTAL: 6